Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 13-10173-RLJ-13 |
| JOHN WAYNE BENAVIDES | HEARING DATE:  5/1/2014 |
| | HEARING TIME:  11:00 AM |

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2010-01 and would respectively show unto to the Court as follows:

### I.
### OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s).  No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a).  The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed.  Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 014 0 U | AFNI | $395.08 | 015 0 U | CREDIT COLLECTION SERVICE | $274.01 |
| 016 0 U | GEICO | $125.00 | 017 0 U | HAMLIN MEDICAL CLINIC | $280.00 |
| 018 0 U | KEY PROPERTY MANAGEMENT | $1,560.00 | 019 0 U | PORTFOLIO RECOVERY ASSOCIATION | $798.68 |
| 020 0 U | PORTFOLIO RECOVERY ASSOCIATION | $771.31 | 022 0 U | TEXAS NATIONAL BANK | $4,862.00 |

### II.
### SPECIFIC OBJECTIONS

No Objections

### III.
### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 008 0 | ABILENE TEACHERS FEDERAL CREDIT UNION | 2004 DODGE STRATUS | $1,756.64 | $1,845.68 | 5.25% | 36 | $53.38 PAID BY TRUSTEE |
| 009 0 | ABILENE TEACHERS FEDERAL CREDIT UNION | 2006 CHEVY COBALT | $5,660.00 | $5,760.00 | 5.25% | 36 | $174.22 PAID BY TRUSTE |
| 011 0 * | ONEMAIN FINANCIAL | 2002 CHERVROLET TRAILBLAZER | $0.00 | $4,862.00 | | | SURRENDERED |
| 036 0 * | FISHER COUNTY | 2013 PROPERTY TAXES - 265 COUNTY RD 713 | $29.71 | $29.71 | | | PD DIRECT BY DEBTOR |

  Not provided for in confirmed plan.  See modification below.

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 010 0 U * | WORLD ACCEPTANCE CORPORATION | $1,664.30 | 012 0 U | TEXAS GUARANTEED STUDENT LOAN CORP | $7,222.19 |
| | *HOUSEHOLD GOODS/AVOID* | | | *STUDENT LOAN* | |
| | *Provided as secured/avoid; filed unsecured.* | | | | |
| 013 0 U | AMERICAN INFOSOURCE LP | $430.32 | 021 0 U | SECURITY FINANCE DBA SFCTX | $373.66 |
| | *SERVICES/DIRECT TV* | | | *LOAN* | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 031 0 U * | CAVALARY PORTFOLIO SERVICE | $21,493.45 | 037 0 U * | CROCKETT RENTALS LLC | | $250.00 |
| | *AUTO DEFICIENCY/AMERICREDIT* | | | *LEASE OF PORTABLE BUILDING-- STAY LIFTED* | | |
| | *Not provided for in confirmed plan.* | | | | | |
| 039 0 U * | JEFFERSON CAPITAL SYSTEMS LLC | $266.53 | 852 0 U * | ONEMAIN FINANCIAL | | $2,520.60 |
| | *SERVICES/SPRINT* | | | *AUTO DEFICIENCY/2002 CHEVY TRAILBLAZER* | | |
| | *Not provided for in confirmed plan.* | | | *Not provided for in confirmed plan.* | | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim. Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.

## **TRUSTEE'S PLAN MODIFICATION**

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

The secured claim filed by Fisher County in the amount of $29.71 shall be fully secured and paid directly by the Debtor.

/s/ Walter O'Cheskey

_____

Walter O'Cheskey
Chapter 13 Trustee

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 5/1/2014 AT 11:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

VIDEO:　US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT:
US COURTHOUSE ROOM 2201, 3RD & PINE, ABILENE, TEXAS 79604
AT 8:30am.　ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.　ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE.　TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2010-01 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date: 2/27/2014

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

```
ABILENE TEACHERS FCU PO BOX 5706  ABILENE TX 79608
ABILENE TEACHERS FEDERAL CREDIT UNION ATTN GREGORY PECK PO BOX 5706 ABILENE TX 79608
ABILENE TEACHERS FEDERAL CREDIT UNION PO BOX 5706  ABILENE TX 79608
ACS-PANHANDLE PLAINS PO BOX 7051  UTICA NY 13504
AFNI ATTENTION: BANKRUPTCY 1310 MARTIN LUTHER KING DR BLOOMINGTON IL 61701
AFNI PO BOX 3517  BLOOMINGTON IL 61702
AMERICAN INFOSOURSE LP DIRECTV LLC MAIL STATION N387 2230 E IMPERIAL HWY EL SEGUNDO CA 90245
CAVALARY PORTFOLIO SERVICE PO BOX 27288  TEMPE AZ 85282
CAVALRY PORTFOLIO SERVICE LLC 500 SUMMIT LAKE DRIVE SUITE 400 VALHALLA NY 10595
CREDIT COLLECTION SERVICE TWO WELLS AVE  NEWTON MA 02459
CROCKETT RENTALS LLC C/O JT MORGAN PO BOX 1311 ODESSA TX 79760
FISHER COUNTY C/O PERDUE BRANDON FIELDER PO BOX 13430 ARLINGTON TX 76094
GEICO 1 GEICO BLVD  FREDERICKSBURG VA 22412
HAMLIN MEDICAL CLINIC 350 NW AVE F  HAMLIN TX 79520
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
JEFFERSON CAPITAL SYSTEMS LLC PO BOX 7999  SAINT CLOUD MN 56302
JEFFERSON CAPITAL SYSTEMS LLC PO BOX 953185  ST LOUIS MO 63195
JOHN WAYNE BENAVIDES PO BOX 216  MCCAULLEY TX 79534
KEY PROPERTY MANAGEMENT 210 ARNOLD BLVD  ABILENE TX 79605
KEY PROPERTY MANAGEMENT PO BOX 7045  ABILENE TX 79608
ONEMAIN FINANCIAL CITIFINANCIAL INC PO BOX 6042 SIOUX FALLS SD 57117
ONEMAIN FINANCIAL CITIFINANCIAL INC PO BOX 70912 CHARLO9TTE NC 28272
ONEMAIN FINANCIAL PO BOX 499  HANOVER MD 21076
PORTFOLIO RECOVERY ASSOCIATES LLC PO BOX 41067  NORFOLK VA 23541
PORTFOLIO RECOVERY ASSOCIATION PO BOX 12914  NORFOLK VA 23541
SECURITY FINANCE DBA SFCTX CENTRAL BANKRUPTCY AND REC DEPARTMENT PO BOX 1893 SPARTANBURG SC 29304
SECURITY FINANCE SFC CENTRALIZED BANKRUPTCY PO BOX 1893 SPARTANBURG SC 29304
TEXAS GUARANTEED STUDENT LOAN CORP PO BOX 659602  SAN ANTONIO TX 78265
TEXAS GUARANTEED STUDENT LOAN PO BOX 83100  ROUND ROCK TX 78683
TEXAS NATIONAL BANK PO BOX 510  SWEETWATER TX 79556
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WALNUT HILL RENTALS LLC PO BOX 579  BEALLS TN 38006
WORLD ACCEPTANCE CORPORATION ATTN  BANKRUPTCY PROCESSING CENTER PO BOX 6429 GREENVILLE SC 29606
WORLD FINANCE CORP 1006 1/2 LAMAR STREET  SWEETWATER TX 79556
WORLD FINANCE CORPORATION 1006 1/2 LAMAR ST  SWEETWATER TX 79556
```